**Order entered September 20, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00307-CV

### THIEN AN VO, Appellant

### V.

### HARRIS COUNTY COMMISSIONERS COURT, Appellee

**On Appeal from the 133rd District Court
Harris County, Texas
Trial Court Cause No. 2020-72816**

## ORDER

By letter filed September 17, 2021, appellant informs the Court that the date of the proceeding of the supplemental reporter's record ordered to be filed by September 27, 2021 should be May 11, 2021 instead of May 10, 2021. We **MODIFY** our September 10, 2021 order to so reflect. In all other respects, the September 10th order remains unchanged.

We **DIRECT** the Clerk of the Court to send a copy of this order to court reporter Darlene Stein and the parties.

/s/    KEN MOLBERG
JUSTICE